IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. STEEL MINING COMPANY, L.L.C., | Civil Action No. 00-1758 |
| Plaintiff | |
| | Judge Terrence F. McVerry |
| v. | |
| WILSON DOWNHOLE SERVICES, | |
| Defendant | |

### DEFENDANT WILSON DOWNHOLE SERVICES' ORIGINAL MOTION TO CONFIRM ARBITRATION AWARD

Defendant Wilson Downhole Services ("Wilson"), Applicant, files this its Original Motion to Confirm Arbitration Award, and for cause would show the Court the following:

1. On May 29, 2002, the parties entered into the Agreement of Reference to Arbitration submitting all their claims to arbitration. A true and correct copy of that agreement is attached hereto as Exhibit A and is incorporated herein by reference.

2. On June 18, 2002, this Court ordered proceedings stayed pending arbitration. *See,* Exhibit B.

3. Arbitration was held before Harry L. Griffin, Jr. in Atlanta, Georgia.

4. On March 10, 2006, Mr. Griffin issued an award of $294,333.52 to Wilson. A true and correct copy of that award is attached hereto as Exhibit C and is incorporated herein by reference.

5. Wilson respectfully requests that this Court confirm the arbitrator's award in this case and enter a final judgment.

WHEREFORE, Defendant, Wilson Downhole Services, respectfully requests that this Court enter judgment confirming the arbitrator's rulings and the award, and such other and further relief, either at law or in equity, general or special, to which it may be justly entitled.

Respectfully submitted,

GARDERE WYNNE SEWELL LLP

By: _____
Geoffrey H. Bracken
State Bar No. 02809750
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
713-276-5739 (*telephone*)
713-276-6739 (*facsimile*)

ATTORNEYS FOR DEFENDANT,
WILSON DOWNHOLE SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by certified mail, return receipt requested, on this 5th day of July, 2006 on the following parties:

Albert J. Zangrilli, Jr.
Yukevich, Marchetti, Liekar & Zangrilli, P.C.
11 Stanwix Street, Suite 1024
Pittsburgh, PA 15222-1324

Anthony F. Jeselnik
USX Tower, Fifteenth Floor
Pittsburgh, PA 15219

_____
Geoffrey H. Bracken

2

HOUSTON 872664v1