IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U. S. STEEL MINING COMPANY, L.L.C., | Civil Action No. 00-1758 |
| Plaintiff | |
| v. | Judge D. Brooks Smith |
| WILSON DOWNHOLE SERVICES, | |
| Defendant | |

**ORDER OF COURT**

AND NOW, this 18th day of June, 2002, upon consideration of the Consented to Motion of plaintiff, U. S. Steel Mining Company, LLC, to Stay Proceedings Pending Non-Judicial Arbitration, it is HEREBY ORDERED that proceedings in this Court in the above-captioned case are and shall be stayed pending non-judicial arbitration. It is FURTHER ORDERED that this Court shall retain jurisdiction for purposes of the Federal Arbitration Act, and all matters that may require action of this Court pursuant to the Federal Arbitration Act and the parties' Arbitration Agreement in connection with the arbitration proceeding or resulting award.

/s/ D. Brooks Smith
D. Brooks Smith
Chief United States District Judge

cc: All Counsel of record

EXHIBIT B

JUN 19 2002