Direct Dial (404) 222-4307
Telephone (404) 523-2000

**Harry L. Griffin, Jr.**
Mediator
127 Peachtree Street, NE
14th Floor
Atlanta, Georgia 30303-1810

Direct Fax (404) 523-9655
E-Mail HLGriffin@gcm-atty.com

March 10, 2006

Albert J. Zangrilli, Jr.
Yukevich, Marchetti, Liekar
 & Zangrilli, P.C.
11 Stanwix Street, Suite 1024
Pittsburgh, PA 15222-1324

Anthony M. Guerino, II
Jackson Walker, LLP
1401 McKinney
Suite 1900
Houston, TX 77010

RE: U.S. Steel Mining Company v. Wilson Downhole Services
Last and Best Offer

Dear Colleagues:

I must confess I waited out the week in hopes that I would get a message from you that you had settled the case, obviating the necessity for an award. I received no such message and accordingly have to select one of the two last and best offers provided to me.

It was not an easy task. I reviewed several times the submitted documents, my notes, and your written presentations, both the mediation statements and your statements in support of your offers.

I considered providing the reasons for my selection. Upon reflection I elected not to do so. Whatever my reasons, the party whose offer I declined to select would disagree and could advance a multitude of reasons why I was incorrect in my rationale, or had overlooked persuasive contrary facts, but, in any event, would not be persuaded by my stated reasons.

You both did a thorough and professional job. Had I been assigned the task to issue an award, as arbitrator after a full evidentiary hearing, I would have arrived at a lesser and different amount, but it would have approached the amount proposed by Wilson Downhole Services, Inc. Hence, after due deliberation I am compelled to select Wilson's best and final offer of $294,333.52. I do not view it in my scope of responsibility to deal with Mr. Guerino's request to provide for post-judgment interest as part of my award. I am certain counsel will address this issue hereafter by agreement or in connection with a likely motion to confirm. Another mediator *qua* arbitrator may very well have selected the best and final offer of U.S. Steel Mining Company, LLC for the very reasons advanced by Mr. Zangrilli.

EXHIBIT
C

March 10, 2006
Page -2-

    I thoroughly enjoyed working with all four lawyers and sincerely hope our paths cross again. I was very appreciative and honored to have been selected by you to resolve the dispute.

    Cordially,

    *[signature]* w/express permission - tp

    Harry L. Griffin, Jr.

HLG/tfp