IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. STEEL MINING COMPANY, L.L.C., | Civil Action No. 00-1758 |
| Plaintiff | |
| | Judge D. Brooks Smith |
| v. | |
| WILSON DOWNHOLE SERVICES, | |
| Defendant | |

### ORDER CONFIRMING ARBITRATION AWARD AND FINAL JUDGMENT

Came on for consideration this day Defendant, Wilson Downhole Services' Original Motion to Confirm Arbitration Award. After taking judicial notice of its file and reviewing the motion, the Court finds that the same is meritorious and should be in all things granted.

It is, therefore, ORDERED that Defendant's Motion to Confirm Arbitration Award is in all things granted.

It is further ORDERED, ADJUDGED, and DECREED that U.S. Steel Mining Company, L.L.C. shall pay to Wilson Downhole Services the sum of $294,333.52, with interest accruing on any unpaid amount at the federal rate of 5% per annum from March 10, 2006 until paid in full.

All costs of court are taxed to U. S. Steel Mining Company, L.L.C.

This is a final judgment.

SIGNED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

HOUSTON 872664v1