IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. STEEL MINING COMPANY, L.L.C | ) | |
| | ) | |
| Plaintiff, | ) | 2: 00cv1758 |
| | ) | |
| v. | ) | |
| | ) | |
| WILSON DOWNHOLE SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

AND NOW, this 5th day of October, 2006, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant, Wilson Downhole Services, and against Plaintiff, U.S. Steel Mining Company, L.L.C.

It is further ORDERED, ADJUDGED AND DECREED that U.S. Steel Mining Company, L.L.C., shall pay to Wilson Downhole Services the sum of $294,333.52, with interest accruing on any unpaid amount at the federal rate of 5% per annum from March 10, 2006, until paid in full.

All court costs are to be taxed to U.S. Steel Mining Company, L.L.C.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:    Albert J. Zangrilli, Jr., Esquire
Yukevich, Marchetti, Liekar & Zangrilli
Email: azangrilli@ymlz.com

Anthony F. Jeselnik, Esquire
United States Steel Corp. - Law Department
Email: afjeselnik@uss.com

Mark Fischer, Esquire
Yukevich, Marchetti, Liekar & Zangrilli
Email: mfischer@ymlz.com

Geoffrey H. Bracken, Esquire
Gardere Wynne Sewell
Email: gbracken@gardere.com

Kimberly A. Brown, Esquire
Thorp, Reed & Armstrong
Email: kbrown@thorpreed.com