IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. STEEL MINING COMPANY, L.L.C. | § § § | CIVIL ACTION NO. 00-1758 |
| VS. | § § § | JUDGE D. BROOKS SMITH |
| WILSON DOWNHOLE SERVICES, | § | |

## RELEASE OF JUDGMENT

In consideration of the total sum of Three Hundred Five Thousand and no/100 Dollars ($305,000.00), the receipt and sufficiency of which is hereby acknowledged and confessed, WILSON DOWNHOLE SERVICES does hereby RELEASE, ACQUIT and FOREVER DISCHARGE U. S. STEEL MINING COMPANY, LLC from that certain Final Judgment entered on October 5, 2006, in Civil Action No. 00-1758, styled *U.S. Steel Mining Company, LLC v. Wilson Downhole Services,* in the United States District Court for the Western District of Pennsylvania.

WILSON DOWNHOLE SERVICES

Dated: 10/27/06        By: _____
                          Geoffrey H. Bracken
                          Its Attorney

902891v.1